**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00198-CV**

_____

**IN RE Q DIRECTIONAL DRILLING LLC,
TWISTER DRILLING TOOLS LLC, AND JIM BEASLEY**

_____

**Original Proceeding
410th District Court of Montgomery County, Texas
Trial Cause No. 15-06-05931**

_____

**ORDER**

Q Directional Drilling LLC, Twister Drilling Tools LLC, and Jim Beasley filed a petition for writ of mandamus. The relators are defendants in Cause No. 15-06-05931, *James Grodeski v. Q Directional Drilling LLC*. Relator seeks a writ compelling the Honorable Jennifer James Robin, Judge of the 410th District Court of Montgomery County, Texas, to vacate her order of May 30, 2017, denying Relators' motion to strike a jury demand. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Relators request a stay of all proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). According to Relators, the case is scheduled for a jury trial on June 5, 2017. The Court finds limited temporary relief is necessary to prevent undue prejudice. It is ORDERED that the jury trial in trial court cause number 15-06-05931 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, James Grodeski, is due June 12, 2017.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED June 1, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.